<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><strong>EASTERN DISTRICT OF NEW YORK</strong></td></tr>
<tr><td>Case number (if known): _____  Chapter __11__</td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

186-14 Williamson Ave. Corp.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

1  1  –  3  6  2  8  4  4  4

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **186-14 Williamson Avenue**<br>Number    Street | **530 East 76th Street Apt 31E**<br>Number    Street<br>**New York, NY**<br>P.O. Box |
| **Springfield Gardens,   NY   11413**<br>City                          State    ZIP Code | City                          State    ZIP Code |
| **Queens**<br>County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City                          State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  <u>186-14 Williamson Ave. Corp.</u>                              Case number (if known) _____

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.    *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
         District _____ When _____ Case number _____
                                          MM / DD / YYYY
         District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor  186-14 Williamson Ave. Corp. _____    Case number (if known) _____

**10.** Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?

List all cases. If more than 1,
attach a separate list.

☒ No

☐ Yes. Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

**11.** Why is the case filed in
*this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180
days immediately preceding the date of this petition or for a longer part of such 180 days than in
any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this
district.

**12.** Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if
needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or
safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-
related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13.** Debtor's estimation of
available funds

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured
creditors.

Debtor  __186-14 Williamson Ave, Corp__                                    Case number (if known) _____

| 14. | Estimated number of creditors | ☑ | 1-49 | ☐ | 1,000-5,000 | ☐ | 25,001-50,000 |
|---|---|---|---|---|---|---|---|
| | | ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| | | ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| | | ☐ | 200-999 | | | | |

| 15. | Estimated assets | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
|---|---|---|---|---|---|---|---|
| | | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☑ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

| 16. | Estimated liabilities | ☑ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
|---|---|---|---|---|---|---|---|
| | | ☐ | $50,001-$100,000 | ☐ | $1,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☐ | $100,000,001-$500 million | ☐ | More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __2 / 1 / 17__
              MM / DD / YYYY

X _____           Robin Eshaghpour
  Signature of authorized representative of debtor     Printed name

Title __President__

| 18. | Signature of attorney | X _____           Date __2 / 1 / 17__ |
|---|---|---|
| | | Signature of attorney for debtor                    MM / DD / YYYY |

__Alan C. Stein__
Printed name

__Law Office of Alan C.Stein P.C.__
Firm name

__7600 Jericho Turnpike__
Number        Street

__Suite 308__

__Woodbury__                          __NY__        __11797__
City                                 State       ZIP Code

__(516) 932-1800__                    __Alan@alanstein.net__
Contact phone                        Email address

__AS2186__                            __NY__
Bar number                           State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

In re    **186-14 Williamson Ave. Corp.**                     Case No.

Chapter    **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ *N/A* _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on *2/1/17* .

   a. Total assets                                                          *325,000.*

   b. Total debts (including debts listed in 2.c., below)                   *430,000*

   c. Debt securities held by more than 500 holders:

                                                                            Approximate
                                                                            number of
                                                                            holders:

   secured ☒    unsecured ☐    subordinated ☐    _____    _____

   secured ☐    unsecured ☐    subordinated ☐    _____    _____

   secured ☐    unsecured ☐    subordinated ☐    _____    _____

   secured ☐    unsecured ☐    subordinated ☐    _____    _____

   secured ☐    unsecured ☐    subordinated ☐    _____    _____

   d. Number of shares of preferred stock                _____    _____

   e. Number of shares of common stock                   _____    _____

   Comments, if any:

3. Brief description of debtor's business:
   *Single Asset Real Estate*

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   *Jamileh Eshaghpour 100%*
   *Robin Eshaghpour (President)*

**Fill in this information to identify the case:**

Debtor name    <u>186-14 Williamson Ave. Corp.</u>

United States Bankruptcy Court for the: <u>EASTERN DISTRICT OF NEW YORK</u>

Case number    _____    Chapter   <u>11</u>
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

         State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | lease of premiese upon completion of work<br>**Contract to be ASSUMED** | in negotiation |
|-----|--------------------------------------------------------------------------------|----------------------------------------------------------------------|-----------------|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
## BROOKLYN DIVISION

In re  **186-14 Williamson Ave, Corp**

Case No. _____

Chapter   11   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................. | **$8,000.00** |
| Prior to the filing of this statement I have received........................................................ | **$8,000.00** |
| Balance Due................................................................................................................ | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2/11/17
_____
Date

Alan C. Stein
Law Office of Alan C.Stein P.C.
7600 Jericho Turnpike
Suite 308
Woodbury, NY 11797
Phone: (516) 932-1800 / Fax: (516) 932-0220

Bar No.  AS2186

X

**Robin Eshaghpour**
**President**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
<tr><td>Debtor name</td><td><u>186-14 Williamson Ave. Corp.</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <u>EASTERN DISTRICT OF NEW YORK</u></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☒ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)         Type of account          Last 4 digits of
                                                                                    account number

4.  **Other cash equivalents**       *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $0.00

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☒ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor  <u>186-14 Williamson Ave. Corp.</u>                    Case number (if known) _____
        Name

|  |  | Current value of debtor's interest |
|---|---|---|

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.

| | $0.00 |
|---|---|

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                    Current value of debtor's interest

11. **Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** face amount | – | **$0.00** doubtful or uncollectible accounts | = ............→ | $0.00 |
| 11b. Over 90 days old: | **$0.00** face amount | – | **$0.00** doubtful or uncollectible accounts | = ............→ | $0.00 |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $0.00 |
|---|---|

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor    **186-14 Williamson Ave. Corp.**                                      Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5**
     Add lines 19 through 22.  Copy the total to line 84.                                                         **$0.00**

24.  **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes.  Book value _____    Valuation method _____    Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No.  Go to Part 7.
     ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.  **Crops--either planted or harvested**

29.  **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30.  **Farm machinery and equipment**  (Other than titled motor vehicles)

31.  **Farm and fishing supplies, chemicals, and feed**

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6.**
     Add lines 28 through 32.  Copy the total to line 85.                                                        **$0.00**

34.  **Is the debtor a member of an agricultural cooperative?**
     ☑ No
     ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes.  Book value _____    Valuation method _____    Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
     ☑ No
     ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor    __186-14 Williamson Ave. Corp._____    Case number (if known) _____
                Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

                                                                                    | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

                                                                                    | $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   **186-14 Williamson Ave. Corp.**_____   Case number (if known) _____
                Name

## Part 9: Real property

54.   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **186-14 Williamson Ave, Corp**<br>**Springfield Gardens, NY**<br>**1 Family House** | Fee Simple | | | $325,000.00 |

56.   **Total of Part 9.**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   | **$325,000.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.   **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.   | **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Debtor    __186-14 Williamson Ave. Corp._____    Case number (if known) _____
                    Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| Potential Lease for property disclosed in Part 9 | $0.00 |
| 78. **Total of Part 11.** Add lines 71 through 77.  Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    __186-14 Williamson Ave. Corp.__       Case number (if known) _____
         Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.   **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81.   **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.   **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.   **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.   **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.   **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.   **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.   **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.   **Real property.** *Copy line 56, Part 9.* .............................➔ | | $325,000.00 |
| 89.   **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.   **All other assets.** *Copy line 78, Part 11.* | +   $0.00 | |
| 91.   **Total.**   Add lines 80 through 90 for each column.   91a. | $0.00   +   91b. | $325,000.00 |

92.   **Total of all property on Schedule A/B.**   Lines 91a + 91b = 92 ...................................................................................................   | **$325,000.00** |

**Fill in this information to identify the case:**

Debtor name __186-14 Williamson Ave. Corp.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- |

| **2.1** Creditor's name | Describe debtor's property that is | $280,000.00 | $0.00 |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**M & T Bank** | Describe debtor's property that is<br>subject to a lien |
| --- | --- |
| Creditor's mailing address<br>**1 M & T PLaza** | **186-14 Williamson Avenue,<br>Springfield Gardens, NY** |
| | Describe the lien<br>**Agreement** |
| **Buffalo       NY    14203** | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | |
| Date debt was incurred   **2001** | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account<br>number   ___ ___ ___ ___ | |
| Do multiple creditors have an interest in<br>the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.

$280,000.00

Debtor    __186-14 Williamson Ave. Corp._____    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

|  | Column A | Column B |
|---|---|---|
|  | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

| **2.2** | Creditor's name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

**2.2** Creditor's name
**NYC DEPARTMENT OF BUILDINGS**

Describe debtor's property that is
subject to a lien

**186-14 WILLIAMSON AVE,
SPRINGFIELD GARDENS, NY**

Creditor's mailing address
**280 BROADWAY 7TH FLOOR**

Describe the lien
**Statutory Lien**

_____

__NEW YORK_____NY___10007___

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred    _____

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number    ____  ____  ____  ____

Do multiple creditors have an interest in
the same property?
☒ No
☐ Yes. Have you already specified the
relative priority?

    ☐ No. Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **186-14 Williamson Ave. Corp.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.** If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **Unknown** | **Unknown** |

**2.1** Priority creditor's name and mailing address

**NYS DEPT OF TAX & FINANCE**

**W A Harriman Campus BLDG 9**

_____

_____

**Albany**                    **NY    12227**

Date or dates debt was incurred
**2009-2016**

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **186-14 Williamson Ave. Corp.**                                    Case number (if known) _____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |

**Elena Eshaghpour**

**530 East 76th Street Apt 31E**

**New York, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non-Purchase Money**

Date  or dates debt was incurred    **2009-2016**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor    __186-14 Williamson Ave. Corp._____    Case number (if known) _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$150,000.00** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$150,000.00** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>186-14 Williamson Ave. Corp.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>EASTERN DISTRICT OF NEW YORK</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td>Chapter    <strong>11</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

     ☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

     ☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | lease of premiese upon completion of work<br>**Contract to be ASSUMED** | in negotiation |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor Name  **186-14 Williamson Ave. Corp.**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from Schedule A/B................................................................................................. | **$325,000.00**

   1b. **Total personal property:**
      Copy line 91A from Schedule A/B................................................................................................. | **$0.00**

   1c. **Total of all property**
      Copy line 92 from Schedule A/B................................................................................................. | **$325,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........... | **$280,000.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+  $150,000.00**

**4.** **Total liabilities**
Lines 2 + 3a + 3b........................................................................................................ | **$430,000.00**